# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00080-CV

**Appellants, Central Austin Apartments, LLC; UP-32nd Street, LLC; and UP-32nd Street Hospitality, LLC// Cross-Appellants, East Avenue Property Owners' Association, Inc. and UP Austin Holdings, LP and UP Austin Land Holdings, LP**

v.

**Appellees, UP Austin Holdings, LP; UP Austin Land Holdings, LP; and East Avenue Property Owners' Association, Inc.// Cross-Appellees, Central Austin Apartments, LLC; UP-32nd Street, LLC; and UP-32nd Street Hospitality, LLC**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-11-003367, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for appellants/cross appellees Central Austin Apartments, LLC; UP-32nd Street, LLC; and UP-32nd Street Hospitality, LLC and counsel for appellees/cross-appellants UP Austin Holdings, LP; UP Austin Land Holdings, LP; and East Avenue Property Owners' Association, Inc. have filed a "Joint Notice of Settlement and Agreed Motion to Issue the Mandate." The parties seek remand of this case to the district court for dismissal with prejudice in light of their settlement agreement.

We withdraw our opinion and judgment dated December 8, 2014, and substitute the following opinion and judgment in their place. We grant the parties' motion in part, vacate the district court's judgment without reference to the merits, and remand this case to the

district court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose and Justice Pemberton;
    Former Chief Justice Jones not participating

Vacated and Remanded on Joint Motion

Filed:   February 6, 2015